**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

| | | |
|---|---|---|
| **SPORT SQUAD, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:24-cv-01712-PX |
| | ) | |
| v. | ) | |
| | ) | |
| **USA PICKLEBALL ASSOCIATION** | ) | |
| | ) | |
| Defendant. | ) | |

# INITIAL JOINT STATUS REPORT

Plaintiff SPORT SQUAD, INC. (“**Plaintiff**”) and Defendant USA PICKLEBALL ASSOCIATION (“**Defendant**”) (collectively, “**Parties**”), by and through their respective undersigned counsel, and pursuant to this Court’s March 11, 2026 Scheduling Order, hereby file this Initial Joint Status Report and state as follows:

**1. Requests for Modification:** The Parties request that the Scheduling Order deadlines be modified as follows:

| **Description** | **Current Date** | **Proposed Date** |
|---|---|---|
| Moving for Joinder of Additional Parties and Amendment of Pleadings | 04/27/2026 | No change |
| Plaintiff’s Rule 26(a)(2) Expert Disclosures | 05/11/2026 | 08/11/2026 |
| Defendant’s Rule 26(a)(2) Expert Disclosures | 06/09/2026 | 09/09/2026 |
| Plaintiff’s Rebuttal Rule 26(a)(2) Expert Disclosures | 06/23/2026 | 09/23/2026 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | 06/30/2026 | 09/30/2026 |
| Completion of Discovery; Submission of Post-Discovery Joint Status Report | 07/24/2026 | 12/11/2027 |
| Requests for Admission | 07/31/2026 | 12/18/2027 |
| Dispositive Pretrial Motions Deadline | 08/24/2026 | 01/22/2027 |

The Parties request the above changes to the schedule because additional time will be

needed to complete discovery. Discovery in this case will require, among other things, expert analysis of pickleball paddles, the production and review of technical manufacturing and design records for the pickleball paddles, the production and review of sales and financial records, and the testimony of multiple witnesses on each side.

**2. Request for Additional Deposition Hours:** Plaintiff requests that each Party's deposition hour limit be extended to **40 hours** due to the expected number of fact witnesses in this matter. Plaintiff anticipates having to take the deposition of a corporate representative of Defendant and at least four individual witnesses for Defendant, as well as several non-party witnesses. Defendant requests that each Party's deposition hour limit be extended to **30 hours**, not 40 hours.

**3. Report on Consent to Proceed Before a United States Magistrate Judge:** The Parties do not consent to proceedings before a Magistrate Judge.

**4. Report on Mediation with a United States Magistrate Judge:** The Parties are willing to participate in a mediation session with a Magistrate Judge at an appropriate time, as agreed by the Parties.

**5. Report on the Scope of Discovery:** The Parties anticipate that discovery will encompass electronically stored information ("**ESI**"), design and manufacturing records for the paddles, financial and sales records, depositions, and expert analysis of the pickleball paddles at issue, including potentially destructive testing of certain paddles.

The Parties intend to confer regarding ESI discovery to determine the applicable search terms, date ranges, and other parameters of ESI discovery in order to minimize wasteful and unnecessary discovery. The Parties will also coordinate regarding the physical inspection and testing of the pickleball paddles at issue.

The Parties further anticipate serving interrogatories, requests for admission, and requests for production in accordance with the Federal Rules of Civil Procedure and applicable local rules.

Respectfully Submitted,

**SHULMAN ROGERS, P.A.**

By: *__/s/ Glenn C. Etelson____*
Glenn C. Etelson, Bar. No. 06760
getelson@shulmanrogers.com
John Troost, Esq., Bar No. 20698
jtroost@shulmanrogers.com
12505 Park Potomac Avenue
Sixth Floor
Potomac, MD 20854
Telephone: (301) 230-5200
*Counsel for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: *____/s/ Jonathan B. Potts____*
Philip D. Bartz, Esq., Bar No. 12344
philip.bartz@bclplaw.com
1155 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000

Jonathan B. Potts, Esq. (*pro hac vice*)
Jonathan.potts@bclplaw.com
211 N. Broadway
Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March 2026, a copy of the foregoing was served via the Court's electronic filing system on All Counsel of Record.

____________________
Glenn C. Etelson