**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

**SPORT SQUAD, INC.** )
)
Plaintiff, ) Case No. 8:24-cv-01712-PX
)
v. )
)
**USA PICKLEBALL ASSOCIATION** )
)
Defendant. )

**ORDER**

UPON CONSIDERATION OF Plaintiff SPORT SQUAD, INC. and Defendant USA PICKLEBALL ASSOCIATION's (collectively, the "**Parties**") Joint Motion to Revise Scheduling Order ("**Motion**"), it is this 17th day of August 2026,

**ORDERED** that the Parties' Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order deadlines be and hereby are modified as indicated below:

| **Description** | **Current Date** | **Proposed Date** |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | 08/11/2026 | 10/13/2026 |
| Defendant's Rule 26(a)(2) Expert Disclosures | 09/09/2026 | 11/09/2026 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | 09/23/2026 | 11/23/2026 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | 09/30/2026 | 11/30/2026 |
| Completion of Discovery; Submission of Post-Discovery Joint Status Report | 12/11/2027 | 2/11/2027 |
| Requests for Admission | 12/18/2027 | 2/18/2027 |
| Dispositive Pretrial Motions Deadline | 01/22/2027 | 3/22/2027 |

/s/
______________________________
Hon. Paula Xinis
U.S. District Court for the District of Maryland